UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MATTIE SPITZ, individually and on behalf of
all others similarly situated,　　　　　　　　　　　　　JUDGMENT

　　　　　　　Plaintiff,
　v.
　　　　　　　　　　　　　　　　　　　　　　　　　23-CV-7853 (PKC) (CLP)
CAINE & WEINER COMPANY, INC.,

　　　　　　　Defendant.
----------------------------------------------------------------X

　　　　A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on January 5, 2024, dismissing this case for lack of subject matter jurisdiction; it is

　　　　ORDERED and ADJUDGED that this case is dismissed for lack of subject matter jurisdiction.

| | |
|---|---|
| Dated: Brooklyn, New York<br>　　　　January 8, 2024 | Brenna B. Mahoney<br>Clerk of Court |
| | By:　*/s/Jalitza Poveda*<br>　　　Deputy Clerk |